SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar No. 8428
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Cybill.Dotson@usdoj.gov

*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF ELEESHA DORSEY, by and through Special Administrator Grace Dorsey; GRACE DORSEY, individually and as heir of the Estate of Eleesha Dorsey,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. 2:25-cv-811<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint** |

    Plaintiffs, Estate of Eleesha Dorsey and Grace Dorsey, and Defendant, the United States of America (hereinafter the "Parties") stipulate to and request an extension of time up to and including August 1, 2025, for the Defendants to file a response to Plaintiff's Complaint.

    This extension is made in good faith. The Parties have been in communication regarding the best way to litigate this case. This extension will allow the Defendant the additional time needed to thoroughly review Plaintiff's Complaint and properly prepare a response.

///

///

1     Accordingly, the Parties respectfully request that the deadline for the Defendants to respond to Plaintiff's Complaint be extended to **August 1, 2025**.

    Respectfully submitted this <u>9th</u> day of July 2025.

| | |
|---|---|
| MAIER GUTIERREZ & ASSOCIATES | SIGAL CHATTAH<br>United States Attorney |
| */s/John M. Quinn*<br>JOHN M. QUINN<br>Nevada Bar No. 16609<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148 | */s/ Cybill L. Dotson*<br>CYBILL L. DOTSON<br>Assistant United States Attorneys |
| *Attorneys for Plaintiffs* | *Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 7-10-25